UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANESHA WATKINS and TRANSPORT WORKERS
UNION OF AMERICA, LOCAL 100,

                                Petitioners,              Case No. 18-7205

                                                                                STIPULATION
                -vs.-                                                   WITHDRAWING ORDER TO
                                                                          SHOW CAUSE AND
GLOBAL CONTACT SERVICES,                              VERFIED PETITION

                                Respondent.
-----------------------------------------------------------------X

       WHEREAS Petitioners served an Order to Show Cause and Verified Petition, dated December 18, 2018 on the Respondent in the above referenced matter.

       WHEREAS Respondent has agreed to have the underlying arbitration of the matter of Anesha Watkins heard in front of arbitrator Joseph Licata on January 9, 2019.

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the Order to Show Cause and Verified Petition in the above referenced matter is withdrawn without prejudice.

Dated: New York, New York
       December 19, 2018

_____
Eric C. Stuart
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
*Attorneys for Respondent*
10 Madison Avenue, Suite 400
Morristwon, NJ 07690
Tel.: 973-630-2307

Dated: New York, New York
       December 18, 2018

_____
Richard Soto
Advocates for Justice, Chartered Attorneys
*Attorneys for Petitioners*
225 Broadway, Suite 1902
New York, New York 10007
Tel.: 212-285-1400


_____
U.S.D.J.